1  **NICHOLAS G. VASKOV**
City Attorney
2  Nevada Bar No. 8298
**BRIAN R. REEVE**
3  Assistant City Attorney
Nevada Bar No. 10197
4  **KRISTINA E. GILMORE**
Assistant City Attorney
5  Nevada Bar No. 11564
240 Water Street, MSC 144
6  Henderson, NV 89015
(702) 267-1231
7  (702) 267-1201 Facsimile
brian.reeve@cityofhenderson.com

Attorneys for Defendant
CITY OF HENDERSON



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL S. KING, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON,<br><br>Defendant. | CASE NO.: 2:19-CV-01129-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Defendant City of Henderson (the "City") and Plaintiff Daniel S. King ("King") hereby stipulate and agree as follows:

1. On October 14, 2019, the City filed a Motion to Dismiss, or in the Alternative for a Stay Pending Arbitration ("Motion to Dismiss"). *See* Doc. #9.

2. On October 29, 2019, King filed a Motion to Extend Time to File Motions seeking an extension of time to respond to the City's Motion to Dismiss. *See* Doc. #12.

3. On November 18, 2019, the Court denied King's Motion to Extend Time and directed King to file a response to the City's Motion to Dismiss, or a proper motion to extend the response deadline, by November 22, 2019. *See* Doc. #15.

Page 1

CITY ATTORNEY'S OFFICE
CITY OF HENDERSON
240 S. WATER STREET
HENDERSON, NV 89015

4. On November 22, 2019, King filed an Opposition to the City's Motion to Dismiss and a Countermotion for Leave of Court to File First Amended Complaint.

5. In light of the Thanksgiving Holiday, the City will have an additional seven (7) days within which to file a Reply brief in support of its Motion to Dismiss. Accordingly, the City's Reply brief in support of its Motion to Dismiss and its Response to King's Countermotion for Leave of Court to File First Amended Complaint will both be due on or before December 6, 2019.

Dated this November 25, 2019.  HENDERSON CITY ATTORNEY

/s/ Brian R. Reeve
BRIAN R. REEVE
Assistant City Attorney
Nevada Bar No. 10197
KRISTINA E. GILMORE
Assistant City Attorney
Nevada Bar No. 11564
240 Water Street, MSC 144
Henderson, NV 89015
brian.reeve@cityofhenderson.com

Attorneys for City of Henderson

Dated this November 25, 2019.  LAW OFFICES OF ROBERT P. SPRETNAK

/s/ Robert P. Spretnak
ROBERT P. SPRETNAK, ESQ.
Nevada Bar No. 5135
8275 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
bob@spretnak.com

Attorney for Plaintiff, Daniel S. King

**ORDER**

**IT IS SO ORDERED.**

Dated: November 26, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE