# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Daniel S. King,<br><br>　　　Plaintiff<br><br>v.<br><br>City of Henderson,<br><br>　　　Defendant | Case No. 2:19-cv-01129-JAD-BNW<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF Nos. 9, 18, 36] |

City of Henderson police officer Daniel King brings this employment-discrimination suit against his employer, alleging claims of discrimination and retaliation. The City moves to dismiss his claims, and King moves to amend his complaint.[1] Magistrate Judge Brenda Weksler has evaluated the parties' respective motions and recommends that I grant the City's motion to dismiss in part, dismissing his retaliation claim, and that I deny King's motion to amend because his proposed amendment is futile.[2]

The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

So, with good cause appearing, IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 36] is ADOPTED** in full;

The Defendant's Motion to Dismiss **[ECF No. 9] is GRANTED IN PART AND DENIED IN PART in that plaintiff's second claim for relief (retaliation) is DISMISSED**

---

[1] ECF Nos. 9 (motion to dismiss), 18 (countermotion for leave to amend).

[2] ECF No. 36.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1  **without prejudice and with leave to amend by August 10, 2020**, if King can remedy the

2  deficiencies identified in the Report and Recommendation [ECF No. 36].  The motion to dismiss

3  is denied in all other respects.  If King does not file an amended complaint by August 10, 2020,

4  this case will proceed only on plaintiff's first and third claims, and the City will then have until

5  August 20, 2020, to file its answer.

6       IT IS FURTHER ORDERED that King's Countermotion for Leave of Court to File First

7  Amended Complaint **[ECF No. 18] is DENIED**.

8  _____
                 U.S. District Judge Jennifer A. Dorsey

9                   Dated: July 21, 2020

10

11

12

13

14

15

16

17

18

19

20

21

22

23