LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Whitney J. Selert, Esq. (Bar No. 5492)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: agolden @ garggolden.com, wselert @ garggolden.com, clee @ garggolden.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL S. KING, | Case No.: 2:19-cv-01129-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| CITY OF HENDERSON, | |
| Defendant. | **(First Request)**   ECF No. 47 |

Plaintiff DANIEL S. KING and Defendant CITY OF HENDERSON, by and through their counsel of record, hereby STIPULATE AND AGREE to extend the following deadlines:

1. Plaintiff DANIEL S. KING shall have until **May 18, 2021**, to file his points and authorities in opposition to Defendant's Motion for Summary Judgment [ECF No. 45]. This is an additional three weeks. Pursuant to LR 7-2(b), the deadline for Plaintiff to file his opposition currently is set for April 27, 2021.

2. Defendant CITY OF HENDERSON shall have until **June 8, 2021**, to file its points and authorities in reply in support of its motion for summary judgment. This is an additional one week from the standard 14-day time period to file a reply in support of a motion for summary judgment set forth in LR 7-2(b).

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

This is the first request to extend these deadlines.

There is good cause for entering into this stipulation for additional time. There is a large volume of material to review in the process of preparing the opposition, due both to the volume of material exchanged in discovery and the size of the motion that was filed. The length of this extension also is due to Plaintiff's counsel previously scheduling a vacation for the time period of April 29, 2021, to May 9, 2021, for which travel expenses already have been paid. As the requested extension then would push the deadline for Defendant to file its reply brief into a time period when Defendant's counsel has numerous conflicting deadlines in multiple other matters, an additional one week extension from June 1, 2021, to June 8, 2021, also is needed by Defendant.

DATED: April 20, 2021.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED: April 20, 2021.

GARG GOLDEN LAW FIRM

By: /s/ Whitney J. Selert
    Anthony B. Golden, Esq.
    Whitney J. Selert, Esq.
    Charles J. Lee, Esq.

3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

CITY OF HENDERSON

By: /s/ Brian R. Reeve
    Nicholas G. Vaskov, Esq.
    Brian R. Reeve, Esq.
    Kristina E. Gilmore, Esq.

Attorneys for Defendant

240 Water Street, MSC 144
Henderson, Nevada 89015

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____4-20-2021_____

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2