LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff

GARG GOLDEN LAW FIRM
Anthony B. Golden, Esq. (Bar No. 9563)
Whitney J. Selert, Esq. (Bar No. 5492)
Charles J. Lee, Esq. (Bar No. 13523)
3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052
Telephone: (702) 850-0202
Fax: (702) 850-0204
Email: agolden @ garggolden.com, wselert @ garggolden.com, clee @ garggolden.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL S. KING, | Case No.: 2:19-cv-01129-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| CITY OF HENDERSON, | |
| Defendant. | **(Second Request)** [ECF No. 49] |

Plaintiff DANIEL S. KING and Defendant CITY OF HENDERSON, by and through their counsel of record, hereby STIPULATE AND AGREE to extend the following deadlines:

1. Plaintiff DANIEL S. KING shall have until **May 21, 2021**, to file his points and authorities in opposition to Defendant's Motion for Summary Judgment [ECF No. 45]. This is an additional three days from the stipulated extension previously submitted by the parties and to which this Court assented [ECF No. 48]. Defendant's Motion for Summary Judgment was filed on April 6, 2021. Pursuant to LR 7-2(b), the deadline for Plaintiff to file his opposition originally was set for April 27, 2021, and, by stipulation, was moved to May 18, 2021.

2. Defendant CITY OF HENDERSON shall have until **June 11, 2021**, to file its points and authorities in reply in support of its motion for summary judgment. This is an additional three

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

days from the previously-stipulated deadline of June 8, 2021.

This is the second request to extend these deadlines.

There is good cause for entering into this stipulation for additional time.  There is a large volume of material to review in the process of preparing the opposition, due both to the volume of material exchanged in discovery and the size of the motion that was filed.  In addition, Plaintiff's counsel was out of the United States on a personal vacation from April 29, 2021, to May 9, 2021, and counsel has had to deal with a number of pressing matters in other cases before the court and in arbitration upon his return.  Because the requested extensions have pushed the deadline for Defendant to file its reply brief into a time period when Defendant's counsel has numerous conflicting deadlines in multiple other matters, an additional three day extension is needed by Defendant.

DATED:  May 17, 2021.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.

Attorney for Plaintiff

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

DATED:  May 17, 2021.

GARG GOLDEN LAW FIRM

By: /s/ Whitney J. Selert
    Anthony B. Golden, Esq.
    Whitney J. Selert, Esq.
    Charles J. Lee, Esq.

3145 St. Rose Parkway, Suite 230
Henderson, Nevada 89052

CITY OF HENDERSON

By: /s/ Brian R. Reeve
    Nicholas G. Vaskov, Esq.
    Brian R. Reeve, Esq.
    Kristina E. Gilmore, Esq.

Attorneys for Defendant

240 Water Street, MSC 144
Henderson, Nevada 89015

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: May 18, 2021

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 2